**Opinion issued November 1, 2016**



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――――

## NO. 01-11-00204-CV

―――――――――――――

**LEMORRIS GROVER AND MARCELO SANCHEZ A/K/A MARCELO SANCHEZ-REYES, Appellants**

**V.**

**TERENCE AND CAROLYN MCGUINNESS, Appellees**

―――――――――――――

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-59727**

―――――――――――――

## MEMORANDUM OPINION

Appellants, Lemorris Grover and Marcelo Sanchez a/k/a Marcelo Sanchez-Reyes, timely appealed from the trial court's final judgment, signed on January 6, 2011, after moving for a new trial. *See* TEX. R. APP. P. 26.1(a)(1). However, appellants have neither paid the required fees nor established indigence for purposes

of appellate costs. *See* TEX. R. APP. P. 5, 20.1, 37.3(b); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041(1) (West 2013), § 101.0411 (West Supp. 2016); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified by this Court's Order and Notice of Intent to Dismiss for Want of Prosecution on August 16, 2016, which reinstated this case after Grover's bankruptcy case had been dismissed; noted that Grover's counsel, Kevin R. Michaels, had filed a motion to withdraw; and that this appeal was subject to dismissal for want of prosecution for failure to pay the required fees, appellants did not timely respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

Accordingly, we grant the motion to withdraw by Grover's counsel, Kevin R. Michaels, and dismiss this appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.